# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

April 3, 2006

Christian A. Trabold, AUSA

Leonard G. Ambrose, III, Esquire

James Richard Olson c/o Leonard G. Ambrose, III, Esquire

U.S. Marshal

Probation Office

      Re:   United States of America v. James Richard Olson
            Criminal No. 02-41E

Dear Counsel:

    Please be advised that a Re-Sentencing Hearing for defendant James Richard Olson is scheduled in the above captioned matter on Tuesday, August 22, 2006 at 1:30 p.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                                Very truly yours,

                                                John Galovich, Deputy Clerk
                                                To Judge Maurice B. Cohill, Jr.