IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 02-41 Erie |
| ) | |
| JAMES RICHARD OLSON ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: James Richard Olson, 20134-068, Year of Birth: 1953, Caucasian, Male.

2. Detained by: Loretto Federal Correctional Institution, P.O. Box 1000, Loretto, Pennsylvania 15940.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Section 2252(a)(1), and is presently in federal custody at the Loretto Federal Correctional Institution, Loretto, Pennsylvania.

4. The above case is set for Re-Sentencing at Erie, Pennsylvania on August 22, 2006, at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of the Loretto Federal Correctional Institution, Loretto, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

June 27, 2006
DATE

_s/Maurice B. Cohill, Jr._
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney