IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States

vs.

James Richard Olson

Cr. 02-41 Erie

Defendants

HEARING ON Re-Sentence (in light of Booker)

Before

Chris Trabold, AUSA                    Lenny Ambrose, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing Begun 1:40 p.m. Tuesday 8/22/06    Hrg Adjourned to

Hrg concluded C.A.V. @ 3:00 pm.            Stenographer Sandy Weinger

WITNESSES

For Plaintiff                             For Defendant

Defense Witnesses (1) Debra Locke (sister of Defendant)
(2) Raymond Eidson, friend, community leader, banker, in Pleasantville
(3) Coleen Weekley,

Pages 19-25 of Sentencing hearing 11/30/04 incorporated into evidence by reference.

Argument heard on Sentencing.

Defendant is sentenced to the same sentence as imposed on 11/30/04, of 46 months' imprisonment, 3 years supervised release. All other conditions of supervision previously imposed will remain the same.