## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
          vs. )      **Crim. No.  02-41 Erie**
)
)
JAMES RICHARD OLSON )

### ORDER

AND NOW, to-wit, this **22nd** day of August, 2006, the Court having held a re-sentencing hearing upon remand from the United States Court of Appeals for the Third Circuit,  it is HEREBY ORDERED, ADJUDGED, and DECREED that the Court imposes the same sentence as originally imposed on November 30, 2004 (Doc. 27), of 46 months' imprisonment.

The original term of 3 years supervised release, and all other conditions of supervision previously imposed remain will remain unchanged and in full force and effect.

*Maurice B. Cohill, Jr.*

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record
       Bureau of Prisons
       Probation
       U.S. Marshall
       James R. Olson c/o Lenny Amborse, Esq.
       U.S. Sentencing Commission