Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

FILED

AUG 2 1 2008

CLERK U.S. [illegible] COURT
WEST. DIST. OF [illegible] YLVANIA

**U.S.A. vs. James Richard Olson**                    **Docket No. 02-00041-001 Erie**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Richard Olson, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 30th day of November 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a mental health treatment program and/or sex offender treatment program as approved and directed by the probation officer. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing to determine if he is in compliance with the conditions of release.
- In accordance with 18 U.S.C. §§ 3583(d) and 4042(c)(4), the defendant shall report the address where he will reside and any subsequent change of address to the probation officer responsible for the defendant's supervision, and further, the defendant shall register as a convicted sex offender in any state where he resides, is employed, carries on a vocation, or is a student.
- The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games depicting and/or describing child pornography, as defined at 18 U.S.C. § 2256(8).
- The defendant shall use only those computers and computer-related devices, screen user names, and passwords approved by the probation officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), Internet appliances, electronic games, and cellular telephones as well as their peripheral equipment that can access or can be modified to access the Internet, electronic bulletin boards, other computers, or similar media.
- The defendant shall cooperate in the collection of DNA as directed by the probation officer.
- The defendant shall pay a special assessment of $100.
- The defendant shall pay a fine of $10,000.

11-30-04:    Interstate Transportation of Material Depicting the Sexual Exploitation of Minors; 46 months' incarceration; 3 years' supervised release.

05-29-08:    Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

U.S.A. vs. James Richard Olson
Docket No. 0-00042-001
Page 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on June 3, 2008, the defendant was presented with a Waiver of Hearing to Modify Conditions of Supervised Release (Probation Form 49) to which he agreed and signed, adding the following modifications of his supervision conditions:

The defendant shall not associate with children under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

The defendant shall consent to the installation of any hardware/software to monitor the defendant's computer and other electronic communication or data storage devices or to prevent access to particular materials. The defendant shall consent to periodic inspection of any such hardware/software to ensure it is functioning properly. The defendant shall pay the monitoring costs as directed by the probation officer.

The defendant shall provide the U.S. Probation Office with accurate information about his/her entire computer system (hardware/software) and other electronic communication or data storage devices or media to include all passwords used and the name of the Internet Service Provider(s). The defendant will also abide by all rules of the Computer Restriction and Monitoring Program.

The defendant shall submit to his person, residence, place of business, computer, and/or vehicle, to a warrantless search conducted and controlled by the United States Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises and his computer may be subject to search pursuant to this condition.

PRAYING THAT THE COURT WILL ORDER that the above supervised release conditions be added to the defendant's original conditions of supervision.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on _____ August 21, 2008 |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Matthew L. Rea<br>U.S. Probation Officer |
| _____<br>Senior U.S. District Judge | Stephen A. Lowers<br>Supervising U.S. Probation Officer |
|  | Place:      Erie, PA |